THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM PULLUAIM, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Monroe County (John J. Ark, J.), rendered April 27, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Gorski, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL J. CHESHER, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Monroe County Court (Stephen K. Lindley, A.J.), rendered June 14, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Gorski, JJ.